UNITED STATES of America,
Plaintiff-Appellee,

v.

Clifford D. LEWIS, Defendant-Appellant.

No. 71–1001.

United States Court of Appeals,
Ninth Circuit.

Oct. 8, 1971.

Rehearing Denied Nov. 17, 1971.

Michael P. Balaban (argued), Beverly Hills, Cal., for defendant-appellant.

Jerry L. Newton, Asst. U. S. Atty. (argued), Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., Los Angeles, Cal., for plaintiff-appellee.

Before CHAMBERS and CHOY, Circuit Judges, and BATTIN,* District Judge.

PER CURIAM:

The judgment of conviction in this case of theft from the United States mail is affirmed.

The trial courts made several close rulings in Miranda,[1] Griffin v. California,[2] and Jackson v. Denno[3] areas. If error, it was not aggravated.

We find the properly admissible evidence was so overwhelming that Chapman[4] and Harrington[5] indicate the conviction should be affirmed. However, the procedure here followed in inquiring into admissions would result, under Jackson v. Denno, in a reversal in a close case.

We find the issue about the trial court's response to a question of the jury not well taken.

* The Honorable James F. Battin, United States District Judge, District of Montana, sitting by designation.

1. Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966).

2. Griffin v. California, 380 U.S. 609, 85 S.Ct. 1229, 14 L.Ed.2d 106 (1965).

■

UNITED STATES of America

v.

Arthur NUNNALLY, Appellant.

No. 17671.

United States Court of Appeals,
Third Circuit.

Argued Oct. 5, 1970.

Reargued May 11, 1971.

Decided Sept. 30, 1971.

Frank Askin, Newark, N. J., for appellant.

Theodore Margolis, Garrett E. Brown, Jr., Asst. U. S. Attys., Newark, N. J., for appellee.

Before HASTIE, Chief Judge, and STALEY and GIBBONS, Circuit Judges.

Reargued Before HASTIE, Chief Judge and STALEY, SEITZ, VAN DUSEN, ALDISERT, ADAMS, GIBBONS and ROSENN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

This is an appeal by a Selective Service registrant from a criminal conviction predicated upon his refusal to obey an order for induction into the armed forces. For different reasons, the several judges of this court have voted to reverse this conviction and order the discharge of the accused.

The judgment will be reversed.

STALEY, Circuit Judge, dissents and would affirm the judgment of the district court.

3. Jackson v. Denno, 378 U.S. 368, 84 S.Ct. 1774, 12 L.Ed.2d 908 (1964).

4. Chapman v. California, 386 U.S. 18, 87 S.Ct. 824, 17 L.Ed.2d 705 (1966).

5. Harrington v. California, 395 U.S. 250, 89 S.Ct. 1726, 23 L.Ed.2d 284 (1969).